FILE COPY



# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the County Court of Hale County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on July 16, 2014, the cause upon appeal to revise or reverse your judgment between

**The State of Texas v. Gerald Barrow**

**Case Number:  07-13-00147-CR Trial Court Number:  2012C-427**

was determined and therein our said Court made its order in these words:

Pursuant to the Court's opinion issued on July 16, 2014, it is hereby ordered, adjudged and decreed that the order issued below is reversed and that an order denying appellee's motion for new trial is rendered.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on March 10, 2015.

*Vivian Long*

VIVIAN LONG, CLERK

